In the Matter of the Claim of BARBARA WILLIAMS, Respondent, v. LUTHERAN HOME FOR THE AGED et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— AULISI, J.

618

Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur in memorandum by Aulisi, J.